United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-10126-JGR
Aegis Identity Software, Inc.                                       Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1            User: gentd            Page 1 of 1              Date Rcvd: Mar 01, 2018
                               Form ID: pdf904        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db              +Aegis Identity Software, Inc.,    108 E. Pitkin Ave.,    Pueblo, CO 81004-2110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          John Ames Fowler    amesfowler@mac.com
          Kevin P. Kubie    Co28@ecfcbis.com,  kari@kubielaw.com
          Philip A. Pearlman    on behalf of Trustee Kevin P. Kubie ppearlman@spencerfane.com,
           nschacht@spencerfane.com
          Steven T Mulligan    on behalf of Debtor   Aegis Identity Software, Inc.
           smulligan@jacksonkelly.com,  jadelay@jacksonkelly.com;AMaher@jacksonkelly.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                              )
                                                    )
AEGIS IDENTITY SOFTWARE, INC.,          )                    Case No. 18-10126-JGR
                                                    )                    Chapter 7
Debtor.                                         )

## ORDER GRANTING TRUSTEE'S APPLICATION
## TO EMPLOY SPENCER FANE LLP AS ATTORNEYS

**THIS MATTER** comes before the Court for consideration of the *Trustee's Application to Employ Spencer Fane LLP as Attorneys* ("**Application**").

The Application is filed by Kevin P. Kubie, in his capacity as trustee ("**Trustee**") of the Chapter 7 bankruptcy estate of the Debtor. The Application seeks authority to employ Philip A. Pearlman and the firm of Spencer Fane LLP ("**Proposed Counsel**") as attorneys for the Trustee. The Trustee seeks approval effective as of the date the Application was filed.

The Court has examined the Application and the Verified Statement of Philip A. Pearlman ("**Pearlman Statement**") attached thereto.

**THE COURT FINDS** that:

A.      The Application was served upon the Debtor, the Debtor's counsel, the U.S. Trustee, and all parties who have entered their appearances or requested notices in this case.

B.      No objections to the Application were filed (or, if filed, any such objections were withdrawn or overruled).

C.      Based on the Pearlman Statement, Proposed Counsel neither hold nor represent an interest adverse to the Debtor's estate with respect to matters within the scope of retention, are disinterested persons under 11 U.S.C. § 101(14), and the employment is necessary and is in the best interest of the Debtor's estate.

**IT IS THEREFORE ORDERED** that:

1.      Effective as of the date the Application was filed, the Trustee is authorized to employ Philip A. Pearlman and the firm of Spencer Fane LLP as counsel to provide the services described in the Application.

2.      Consistent with the intent of 11 U.S.C. § 328(b), services rendered by counsel will not be compensated to the extent that they fall within the scope of the duties of the Trustee that can be performed without the assistance of counsel.

3.     No fees or expenses shall be paid to Philip A. Pearlman or Spencer Fane LLP without prior application and approval by the Court.

DATED:  February 28, 2018          BY THE COURT:

_____
Joseph G. Rosania
United States Bankruptcy Judge