# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AEGIS IDENTITY SOFTWARE, INC. | ) | Case No. 18-10126-JGR |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

_____

## REPORT OF SALE
_____

COMES NOW Kevin P. Kubie, Chapter 7 Trustee of the above-captioned proceeding states as follows:

1. Om June 7, 2018 the Trustee received the signed Order for the Motion for Authority to Sell Assets of the Debtor. The Trustee has received the full amount of $250,000.00

DATED April 30, 2019.

                                          /s/ Kevin P. Kubie
                                          Kevin P. Kubie, #2726
                                          Chapter 7 Trustee
                                          Attorney at Law, P.O. Box 8928
                                          Pueblo,, CO 81008-8928
                                          (719) 545-1153
                                          Email: kevin@kubielaw.com